CERTIFIED MAIL



7005 1820 0001 7948 5346



HASLER $9.40
11/27/2007
US POSTAGE
Mailed From 36303

07cv1044

12-1
12-18

12-17

Debra P. Hackett
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery; AL 36101-0711

☞ UNCLAIMED

U.S. CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Dustin A. Floyd
1776 Elder Road
Dadeville, AL 36853

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Dustin A. Floyd<br>1776 Elder Drive<br>Dadeville AL 36853<br><br>07cv1044 S&C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 1820 0001 7948 5346 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |

Colony Insurance Company

**SUMMONS IN A CIVIL ACTION**

V.

Floyd's Professional Tree Service and Dustin A.
Floyd

CASE NUMBER: 3:07-CV-1044

TO: (Name and address of Defendant)

Dustin A. Floyd
1776 Elder Road
Dadeville, AL 36853

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BLAKE L. OLIVER
Adams, Umbach, Davidson & White
P.O. Box 2069
Opelika, AL 36803-2068

an answer to the complaint which is served on you with this summons, within ___20___ ~~30~~ ___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    11/29/07

CLERK                                                 DATE

William C. D⸺

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

| Check one box below to indicate appropriate method of service |
|---|

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL   $0.00 |

| DECLARATION OF SERVER |
|---|

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                    *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.