IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:07-CV-1044-TFM |
| | ) | |
| FLOYD'S PROFESSIONAL TREE SERVICE, DUSTIN A. FLOYD, and JUNE C. BRAND, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW June C. Brand, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                Relationship to Party

_individual_                                     _self_

_____                                   _____

_____                                   _____

Date 3/25/08

/s/ Derrick Blythe
Derrick Blythe
Counsel for the Defendant, June Brand
126 Marshall Street
Alexander City, Alabama 35010
(256) 234-4101

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a true and correct copy of the above and foregoing to the following by mailing a copy of the same, United States mail, postage prepaid at the addresses below:

Floyd's Professional Tree Service
1776 Elder Road
Dadeville, AL 36853

Dustin A. Floyd
1776 Elder Road
Dadeville, AL 36853

Blake L. Oliver, Esq.
Adams, Umbach, Davidson & White
P.O. Box 2069
Opelika, AL 36803

DATED this his the 25 day of March, 2008.

_____
OF COUNSEL