IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

COLONY INSURANCE COMPANY )
                                                  )
          Plaintiff,                              )
                                                  )
          v.                                      )          Case No. 3:07-cv-1044-TFM
                                                  )
FLOYD'S PROFESSIONAL TREE           )
SERVICE, *et al.*,                                )
                                                  )
          Defendants.                             )

## ORDER

Pending before the Court is Defendant June C. Brand's *Motion to Dismiss, or In the Alternative Motion to Abstain* (Doc. 13, filed March 20, 2008) and *Colony Insurance Co.'s Opposition to June C. Brand's Motion to Dismiss or in the Alternative Motion to Abstain* (Doc. 16, filed April 4, 2008).[1]  Upon of review of the motion and response, it is hereby **ORDERED** that the motion be submitted without oral argument on **April 25, 2008.**

It is further **ORDERED** that any additional briefs and/or evidentiary materials shall be filed on or before **April 25, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.  For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

---

[1]On April 15, 2008, counsel for the remaining defendants informed the Court's law clerk via telephone that Defendants Floyd's Professional Tree Service and Dustin A. Floyd would not be filing any response to the pending motion.

DONE this 16th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE