IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **COLONY INSURANCE COMPANY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | CASE NO.: 3:07-CV-01044-TFM |
| ) | |
| **FLOYD'S PROFESSIONAL TREE** ) | |
| **SERVICE, DUSTIN A. FLOYD, and** ) | |
| **JUNE C. BRAND,** ) | |
| ) | |
|     **Defendant.** ) | |

**CONFLICT DISCLOSURE STATEMENT**

    COME NOW, Floyd's Professional Tree Service and Dustin A. Floyd, Defendants in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ☒    This party is an individual, or

    ☐    This party is a governmental entity, or

    ☐    There are no entities to be reported, or

    ☐    The following entities and their relationship to the parties are hereby reported:

Reportable Entity                            Relationship to Party

_____            _____

_____            _____

_____            _____

04/25/2008                              /s/ Donald R. Harrison
                                        Counsel for Defendant;
                                        Dustin A. Floyd, individual &
                                         d/b/a Floyd's Professional Tree Service
                                        125 West Columbus Street
                                        Dadeville, Alabama 36853
                                        256-825-7393


### CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the 25th day of April, 2008, viz:

Hon. Blake Oliver
Adams, Umbach, Davidson & White
Post Office Box 2069
Opelika, Alabama 36803

Hon. Derrick Blythe
126 Marshall Street
Alexander City, Alabama 35010

[  ] U.S. MAIL      [  ] HAND DELIVERY     [  ] FACSIMILE      [  ] E-FILE


                                        /s/ *Donald R. Harrison*
                                        Of Counsel