IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 3:07-CV-01044-TFM |
| ) | |
| FLOYD'S PROFESSIONAL TREE ) | |
| SERVICE, DUSTIN A. FLOYD, and ) | |
| JUNE C. BRAND, ) | |
| ) | |
| Defendant. ) | |

*Received 2008 APR 28 A 10: 15, Debra P. Hackett, U.S. District Court, Middle District ALA*

### CONSENT TO JURSDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

Respectfully Submitted,

/s/ Donald R. Harrison
Donald R. Harrison (HAR 096)
Attorney for Defendants
Floyd's Professional Tree Services &
Dustin A. Floyd

OF COUNSEL:
Donald R. Harrison
Attorney at Law
125 West Columbus Street
Dadeville, Alabama 36853
256-825-7393
256-825-7318 Fax