IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1044-TFM |
| ) | |
| FLOYD'S PROFESSIONAL TREE ) | |
| SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pending before the Court is *Colony Insurance Co.'s Motion to Strike Defendant's Reply to Plaintiff's Opposition to Defendants Motion to Dismiss or In Alternative Motion to Abstain* (Doc. 26, filed May 9, 2008). In the motion, Plaintiff requests the Court strike Defendant Brand's reply on the motion to dismiss as it was not timely filed. Alternatively, Plaintiff requests the opportunity to file a sur-reply.

It is hereby **ORDERED** that the Motion to Strike is **DENIED**. However, despite this ruling on the motion to strike, Defendant Brand is admonished that Court deadlines are not merely advisory. The parties shall adhere to the deadlines established by the Court and future leniency shall not be given absent a showing of good cause.

The Alternative Motion to file a Sur-reply is **GRANTED**. Plaintiff shall have until **June 20, 2008** to file its sur-reply. The motion shall be taken under submission on that day for determination without oral argument.

DONE this 12th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE